Argued January 13, affirmed February 10, 1920.

WHITE v. ASHLAND.

(187 Pac. 596.)

From Jackson: FRANK M. CALKINS, Judge.

Department 2.

In this suit the plaintiff seeks to avoid liability for the expense of the improvement of a street in front of his lots. Being dissatisfied with the decree rendered in favor of the defendants, he appeals.

AFFIRMED.

For appellant there was a brief over the names of *Mr. G. C. McAllister* and *Mr. L. A. Roberts,* with an oral argument by *Mr. McAllister.*

For respondents there was a brief over the names of *Mr. William M. Briggs* and *Mr. E. D. Briggs,* with an oral argument by *Mr. William M. Briggs.*

BEAN, J.—The facts admitted by the pleadings and stipulated are the same as those in the case of *Patterson* v. *Ashland, ante,* p. 233 (187 Pac. 593). This case is governed by the same principles announced in that case, an opinion in which was rendered on this date. The stipulation of the parties precludes the considera-

tion of any question, except the jurisdiction of the city over the thoroughfare mentioned.

For the reasons given in the Patterson case, the decree of the lower court is affirmed.

'AFFIRMED.

McBRIDE, C. J., and JOHNS and BENNETT, JJ., concur.